## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Mary Frances Reifsnider

**Chapter** 13

**Debtor(s)**    **Case No.:** 1:17-bk-00181-MDF

# CERTIFICATE OF MAILING

The undersigned deputy clerk hereby certifies that a true and correct copy of the attached documents were served on the following by placing a copy of same in first class U.S. mail today, postage prepaid, addressed as follows:

Mary Frances Reifsnider
30 Colorado Ave
Littlestown, PA 17340

Chris Gambini
Case Administrator

February 3, 2017

MDPA CERTMAIL ADD.wpt Rev. 06/07

# Mandatory Creditor List/Matrix

**List of Creditors/Matrix**

The debtor must file with the petition an accurate mailing list (sometimes called a matrix) of the names and addresses of all creditors. This is required by Local Rule 1007-2. This list is used to mail notices to creditors, so it is very important to take care in entering creditor names and addresses correctly. If the debtor does not provide such a list, the case may be dismissed without a bankruptcy discharge. See Local Rule 1007-2(a).

A fillable PDF form is available to you by clicking here. Alternatively, you may use that form as an example of how to properly format the matrix.

For additional information, click here.

How to Prepare a List of Creditors:

Note: If you have more than one address for a creditor, list all addresses.

1.       Creditors must be listed in a single column containing as many pages as are required to list all creditors. See below for an example.
2.       The margins at the top and bottom of the page must be at least one inch.
3.       Page numbers or page headings must not be included in the list.
4.       The list shall be produced with a quality computer printer or typewriter. Standard type shall be used.
5.       The name and address of each creditor must not exceed five (5) lines and each creditor's name and address must be separated by at least one blank line.
6.       Names and addresses must be aligned left (flush against the left margin, no leading blank spaces.)
7.       Each line may contain no more than 40 characters.
8.       Use the second line for c/o (care of) or "Attention [insert name or department]".
9.       If you have a physical address and post office box information, list both the P.O. Box information and the physical address.
10.      City and state abbreviation and ZIP code must be on the last line. (If the address only needs to use four lines the city and state are on the fourth line.)
11.      All states must be the standard two-letter abbreviations.
12.      Nine-digit ZIP codes used must contain a hyphen separating the two sets of digits (*e.g.*, 12345-6789).
13.      DO NOT USE SPECIAL CHARACTERS SUCH AS %, ( ), or [ ]. These characters will interfere with software used by the Bankruptcy Noticing Center.
14.      **DO NOT INCLUDE ACCOUNT NUMBERS.**

Examples are as follows:

ABC Corp.
123 Main Street
Any town, PA 17000


Dr. O. W. Holmes, Jr.
Medical Affiliates and Diagnostics
321 First Avenue, Suite 50
Nice town, PA 18000

Name
Address line 2
Address line 3 - if needed
Address line 4 - if needed
City, St Zip

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Mary Frances Reifsnider<br>Debtor(s) | Chapter | 13 |
| | Case No. | 1:17–bk–00181–MDF |

### Notice

Pursuant to Bankruptcy Rules 1007, and 3015, and 11 U.S.C. 110, 329, and 521, the documents below must be filed to complete the above–referenced petition. If all documents required under Section 521 (in a Chapter 7 or 13 individual case) are not filed, the case may be **dismissed**.

This notice is being issued because the document(s) listed below were either not filed or not filed using the Official Bankruptcy Form(s) (if applicable).

**The following document(s), if listed below, are due immediately:**

- Certificate of Credit Counseling – for individual cases only and must be completed for each debtor in the case.
- List of All Creditors.

**The following document(s), if listed below, are due within fourteen (14) days of the initial filing of petition unless stated otherwise:**

- 106Sum – Summary of Your Assets and Liabilities and Certain Statistical Information.
- 106Dec – Declaration About an Individual Debtor's Schedules.
- 106A/B – Schedule A/B: Property.
- 106C – Schedule C: The Property You Claim as Exempt.
- 106D – Schedule D: Creditors Who Have Claims Secured by Property.
- 106E/F – Schedule E/F: Creditors Who Have Unsecured Claims.
- 106G – Schedule G: Executory Contracts and Unexpired Leases.
- 106H – Schedule H: Your Codebtors.
- 106I – Schedule I: Your Income.
- 106J – Schedule J: Your Expenses.
- 107 – Statement of Financial Affairs for Individuals Filing for Bankruptcy.
- Employee Income Records (Payment Advices) – received from employer for income earned within sixty (60) days before filing and/or Certification of No Payment Advices on Local Bankruptcy Form 1007–1(c) (Individual Cases Only). <u>Social Security Number should be redacted.</u>
- 122C–1 – Chapter 13 Statement of Your Current Monthly Income and Calcuation of Commitment Period.
- 122C–2 – Chapter 13 Calcuation of Your disposal Income.
- Chapter 13 Plan. Local Bankruptcy Form 3015–1

*To obtain the most recent Official Bankruptcy Forms, please refer to*
*http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx*

| Address of the Bankruptcy Clerk's Office:<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901–2800 | For the Court:<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: DDunbar |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: January 19, 2017 |

Creditor

Hanover Hospital

Nationstar Mortgage

Met Ed electric.

Verizon Wireless

Comcast. cable