MARY FRANCES Reifsnider          1-17-00181

Nationstar Mortgage LLC
P.O. Box 619096
Dallas, TX
75261-9741

FILED HARRISBURG PA
2017 FEB 13 AM 11:18
CLERK
U.S. BANKRUPTCY COURT

Comast-Galleria
13355 Noel Road Suite 2100
1 Galleria Tower
Dallas TX. 75240

Med East Post-Op + Surgical, Inc
P.O. Box 822796
Philadelpia Pa. 19182

Met-Ed
P.O. Box 3687
Akron OH 44309-3687

Verizon Wireless
P.O. Box 4846
Trenton NJ.
08650-4846