```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
```

In re:                                                              Case No. 17-00181-RNO
Mary Frances Reifsnider                                             Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: DDunbar          Page 1 of 1          Date Rcvd: Mar 10, 2017
                              Form ID: pdf010        Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 12, 2017.
```
db             +Mary Frances Reifsnider,    30 Colorado Ave,    Littlestown, PA 17340-1102
4883683         Comast-Galleria,   13355 Noel Road Ste 2100,    1 Galleria Tower,    Dallas, TX  75240
4883684        +Med East Post-Op and,    Surgical Inc,   PO Box 822796,    Philadelphia, PA 19182-2796
4883685         Met-Ed,   PO Box 3687,    Akron, OH  44309-3687
4883682       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:   Nationstar Mortgage LLC,    PO Box 619096,    Dallas, TX  75261-9741)
4886684        +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4883686        +Verizon Wireless,    PO Box 4846,    Trenton, NJ 08650-4846
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 10, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 3
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**MARY FRANCES REIFSNIDER**

Debtor(s)

Chapter: 13

Case Number: 1:17-bk-00181-RNO

## ORDER DISMISSING CASE

It appearing the above-named debtor(s) has/have failed to file the documents listed below, required pursuant to 11 U.S.C. §521 and Bankruptcy Rule 1007:

Schedules A - F

Schedules I - J

Statement of Financial Affairs

B22C-2 Chapter 13 Calculation of Your Disposal Income

Employee Income Records or Certificate of No Payment Advices

B 22C-1 - Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

**IT IS HEREBY, ORDERED** that the case of the above-named debtor(s) be and is hereby dismissed. The trustee hereby is discharged from further responsibility in this case, and it is further

**ORDERED** that all pending actions in this case are hereby dismissed.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: March 10, 2017